Debbie P. Kirkpatrick, Esq. (SBN 207112)
Albert R. Limberg, Esq. (SBN 211110)
Sondra R. Levine, Esq. (SBN 254139)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
3667 Voltaire Street
San Diego, CA  92106-1253
Tel:    619/758-1891
Fax:   619/222-3667
dpk@sessions-law.biz
alimberg@sessions-law.biz
slevine@sessions-law.biz

Attorneys for NCO Financial Systems, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FISHER, | Case No. 09-CV-02843-FCD-GGH |
| Plaintiff, | |
| vs. | NOTICE OF SETTLEMENT |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that this case has been settled.  Plaintiff BRIAN FISHER and Defendant NCO FINANCIAL SYSTEMS, INC., anticipate filing a stipulation of dismissal of this action in its entirety with prejudice within 45 days.

///

///

///

Notice of Settlement
1

The parties jointly request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 25, 2010, for filing dispositional documents.

Dated: December 11, 2009         SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.

/s/ Sondra R. Levine

_____
Sondra R. Levine
Attorney for Defendant
NCO Financial Systems, Inc.

Dated: December 11, 2009         KROHN & MOSS, LTD

/s/ G. Thomas Martin, III

_____
G. Thomas Martin, III
Attorney for Plaintiff Brian Fisher