UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN FISHER,<br><br>             Plaintiff,<br><br>     vs.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br><br>             Defendant. | Case No. 2:09-CV-02843-FCD-GGH<br><br>ORDER GRANTING JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 4, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE